

# Supreme Court of Missouri
en banc

November 1, 2022

In re: Richard Magee,   )
                       )
   Respondent.         )   Supreme Court No. SC99793
                       )   MBE # 29943

## ORDER

Now at this day, this Court being sufficiently advised of and concerning the premises and having considered the stipulation and statement of acceptance of the Disciplinary Hearing Panel decision filed by the parties;

This Court finds that Respondent, Richard Magee, violated Rules 4-1.1, 4-1.3, 4-1.4, and 4-1.15 of the Rules of Professional Conduct and should be disciplined.

Upon consideration of these findings, previous decisions of this Court, ABA Standards for Imposing Lawyer Discipline, and aggravating and mitigating circumstances, this Court suspends Respondent's license indefinitely with no leave to apply for reinstatement for one year from the date of this order.

Fee pursuant to Rule 5.19(h) in the amount of $1,000.00 payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.

Costs taxed to Respondent.

Day - to - Day

_____
Paul C. Wilson
Chief Justice

STATE OF MISSOURI – SCT.:

    *I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 1st day of November, 2022, as fully as the same appears of record in my office.*

    IN TESTIMONY WHEREOF, *I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 1st day of November, 2022.*



_____, Clerk

_____, Deputy Clerk

OFFICE OF CHIEF DISCIPLINARY COUNSEL        OCDC

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

November 2, 2022

In Re:   Richard Joseph Magee
         MO Bar #29943
         200 S. Hanley Rd., Suite 500
         St. Louis, MO 63105

Enclosed please find Order of the Missouri Supreme Court dated November 1, 2022. The effective date of this Order is November 16, 2022.